Case 3:09-cv-03662-VRW  Document 15  Filed 09/03/09  Page 1 of 3

1 | SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
2 | SEVERSON & WERSON
A Professional Corporation
3 | One Embarcadero Center, Suite 2600
San Francisco, CA 94111
4 | Telephone:  (415) 398-3344
Facsimile:   (415) 956-0439

5

PHILIP BARILOVITS (State Bar No. 199944)
6 | pb@severson.com
SEVERSON & WERSON
7 | A Professional Corporation
The Atrium
8 | 19100 Von Karman Ave., Suite 700
Irvine, CA 92612
9 | Telephone:  (949) 442-7110
Facsimile:   (949) 442-7118

10

11 | Attorneys for Defendants
GREENPOINT MORTGAGE FUNDING, INC.
12 | BAC HOMES LOANS SERVICING, L.P.
MORTGAGE ELECTRONIC
13 | REGISTRATION SYSTEMS, INC.

14

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOJU EKWEJUNOR-ETCHIE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GREENPOINT MORTGAGE FUNDING, INC., *et al.*, <br><br> Defendants. | Case No.: C09-03662 VRW <br><br> [PROPOSED] ORDER <br><br> Judge: Hon. Chief Judge <br> Vaughn R. Walker <br> Dept.: Ctrm. 6, 17th Floor |

## ORDER

Having reviewed the Stipulation of the parties to continue the hearing date for Plaintiffs' Order to Show Cause Re Preliminary Injunction, currently scheduled to be heard on September 3, 2009, to be heard at the same date and time as Defendant's Motion to Dismiss, which is November 12, 2009, at 10:00 a.m. in Courtroom 6,

IT IS HEREBY ORDERED THAT: the hearing on Plaintiffs' Order to Show Cause Re Preliminary Injunction and the hearing on Defendant's Motion to Dismiss will both be heard on November 12, 2009, at 10:00 a.m. in Courtroom 6.

IT IS SO ORDERED.

Dated: _____September 3_____, 2009

IT IS SO ORDERED

Judge Vaughn R Walker

The Hono_____ ___n R. Walker
Chief Judge

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Irvine, California; my business address is Severson & Werson, The Atrium, 19100 Von Karman Ave., Suite 700, Irvine, CA 92612.

On the date below I served a copy, with all exhibits, of the following document(s): **[PROPOSED] ORDER** on all interested parties in said case addressed as follows:

| | |
|---|---|
| Charles Origho Agege<br>Attorney at Law<br>12400 Wilshire Boulevard<br>Suite 400<br>Los Angeles, CA 90025 | Attorneys for Plaintiffs TOJU EKWEJUNOR-ETCHIE AND ETEH EKWEJUNOR-ETCHIE |

☐ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Irvine, California in sealed envelopes with postage fully prepaid.

☐ **(BY HAND)** By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

☐ **(BY FEDERAL EXPRESS)** By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

☐ **(BY FAX)** By use of facsimile machine telephone number (949) 442-7118, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error.

☒ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

☐ **(BY ELECTRONIC TRANSMISSION)** By sending a file of the above documents(s) via electronic transmission (e-mail) at _____ am./pm. using e-mail address (____@severson.com) to the e-mail address designed for each party identified above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Irvine, California, on September 2, 2009.

/s/Terri A. Keller
TERRI A. KELLER