11. Plaintiffs are currently in default on the first mortgage. The last payment they made on the loan was for May 1, 2008. This is more than a year before the first interest rate adjustment date of September 1, 2009.

12. I have reviewed the escrow account information related to tax and insurance payments. By August 2009, plaintiffs were significantly behind on their property taxes and insurance payments. In August 2009, Bank of America Home Mortgage, the loan servicer, added $3,141.61 to the monthly payments try to cover the tax and insurance payments that it had made on plaintiffs' behalf. This—not an interest rate increase—is what caused plaintiffs' monthly payments to increase to $9,008.28.

13. Plaintiffs currently owe $96,616.72 in missed monthly payments. In addition, defendants have advanced $25,664.27 on plaintiffs' behalf for taxes and insurance. Plaintiffs also owe $3,164.00 in fees. Added to the principal, plaintiffs currently owe a total of $1,005,444.99 on the first mortgage.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on October 22, 2009 in Larkspur, California.

*Betty Johnson*