# FAX TRANSMISSION COVER SHEET

LAW OFFICES OF CHARLES O. AGEGE
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Telephone (310)447-1212 Facsimile (310)447-6100

**DATE:** December 15, 2009

**TO:** Toju Ekwejunor-Etchie

**COMPANY:**

**FAX NO.** (510) 568-8236

**FROM:** Charles O. Agege, Esq.

**OF:** LAW OFFICES OF CHARLES O. AGEGE

**RE:** Proposed Order regarding check

**No. of Pages:**       3       (Including Cover Sheet)

**Comments:** Attached please find a proposed order. Please Fill in the date

THIS MESSAGE IS INTENDED FOR THE REVIEW AND USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE PERSON RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY UNAUTHORIZED DISSEMINATION, DISTRIBUTION, USE OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND MAIL ORIGINAL TRANSMISSION TO US AT THE ABOVE ADDRESS. THANK YOU.

Charles O. Agege, Esq.- State Bar No. 130291
LAW OFFICES OF CHARLES O. AGEGE
12400 Wilshire Boulevard
Suite 400
Los Angeles, California 90025
Telephone: (310) 447-1212
Facsimile: (310) 447-6100

Attorney for Plaintiffs,
TOJU EKWEJUNOR-ETCHIE and
ETEH EKWEJUNOR-ETCHIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOJU EKWEJUNOR-ETCHIE and ) CASE NO.: C09-03662 VRW
ETEH EKWEJUNOR-ETCHIE, )
 )
        Plaintiffs, ) [~~PROPOSED~~] ORDER RE ISSUANCE OF
 ) CHECK BY U.S. DISTRICT COURT
vs. ) FINANCE DEPARTMENT
 )
GREENPOINT MORTGAGE ) Judge: Hon. Vaughn R. Walker
FUNDING, INC., et al., )
 )
        Defendants. )
 )
 )
 )

TO THE U. S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, FINANCE DEPARTMENT:

THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA has determined that PLAINTIFF TOJU EKWEJUNOR-ETCHIE relative to this matter, on [~~date~~] Nov 29, 2009, erroneously issued a check to the Clerk of this Court in the sum of $2,700.00 instead of issuing said check to Bank of America. Said check was accepted by the Clerk of the Court of the U.S. District Court, Northern District of

1

[PROPOSED] ORDER

1   California.  The court now orders the Finance Department of the
2   U.S. District Court, Northern District of California to issue a
3   check in the sum of $2,700 to Bank of America forthwith.
4
5
6       IT IS SO ORDERED:
7
8   Dated:    Dec. 18, 2009
9                                    _____
                                     Judge
                                     Northern District of California



IT IS SO ORDERED
Judge Vaughn R Walker

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER