IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOJU EKWEJUNOR-ETCHIE and ETEH EKWEJUNOR-ETCHIE, | No C 09-3662 VRW |
| Plaintiffs, | ORDER |
| v | |
| GREEN POINT MORTGAGE FUNDING, INC, et al, | |
| Defendants. | |

On April 5, 2010, as part of its order granting defendants' motion to dismiss, Doc #40, the court ordered plaintiffs to show cause why their remaining claims against Old Republic and East Bay Capital should not be dismissed. Doc #50 at 24. Plaintiffs have not responded to the court's order and the deadline for doing so has passed.

The remaining claims against Old Republic Default Mortgage Services and East Bay therefore are DISMISSED. The clerk is directed to terminate all motions and to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge